IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEIL B. STAFFORD,

        Plaintiff,

   vs.

MARIE HILL, ET. AL.,

        Defendants.

Civil No. 06-3007-CO

O R D E R

AIKEN, Judge:

    Magistrate Judge Cooney filed his Findings and Recommendation on June 9, 2006. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1 - ORDER

Plaintiff has timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 26) that defendants' motion for summary judgment (doc. 11) is granted and this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated this  19  day of July 2006.


/s/ Ann Aiken
Ann Aiken
United States District Judge

2 - ORDER